IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PACIFIC HELICOPTER TOURS, INC., a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONFLY AVIATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civ. No. 19-00295 ACK-RT |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY SPECIALLY APPEARING RESPONDENT DRAGONFLY AVIATION, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF 28)

Findings and Recommendation having been filed and served on all parties on May 27, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, June 15, 2020.

_____
Alan C. Kay
Sr. United States District Judge

Pacific Helicopter Tours, Inc. v. Dragonfly Aviation, LLC, Civ. No. 19-00295-ACK-RT, Order Adopting Magistrate Judge's Findings and Recommendation to Deny Specially Appearing Respondent Dragonfly Aviation, LLC's Motion for Attorneys' Fees and Costs (ECF 28)